UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re MOSHE ISAAC STEIN,

          Plaintiff.

No. C 13-0154 PJH (PR)

**ORDER OF DISMISSAL**

    This case was opened when plaintiff wrote a letter to the court regarding medical care and other alleged abuses.  In an effort to protect his rights, it was filed as a new case.  However, mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable.  Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated:  May 16, 2013.

                    PHYLLIS J. HAMILTON
                    United States District Judge

G:\PRO-SE\PJH\CR.13\Stein0154.dsm-mail.wpd